**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES PALMER,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 25-7043** |
| **FRANK BISIGNANO,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 31st day of July, 2026, upon consideration of Plaintiff James Edward Palmer's Request for Review (ECF No. 7), and the responses thereto, and for the reasons provided in its accompanying Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED;**
2. This matter is remanded to the Defendant for further administrative proceedings consistent with the Court's Memorandum accompanying this Order; and
3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

Hon. Mia R. Perez